UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00554

**James Earl Roberts,**
*Plaintiff,*

v.

**United States of America et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

Plaintiff filed this action on November 14, 2019. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. Doc. 2. On March 31, 2020, Judge Mitchell entered a report and recommendation that the case be dismissed without prejudice for failure to prosecute, failure to obey a court order, and failure to state a claim upon which relief may be granted. Doc. 14. Roberts subsequently submitted several documents to the court, but none contained specific objections to any finding or recommendation in the report and recommendation. *See* Docs. 15, 16, and 18. Therefore, this court will review the report and recommendation only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). There is no clear error. Accordingly, the report and recommendation (Doc. 14) is **adopted**. Fed. R. Civ. P. 72(b)(3). This action is **dismissed without prejudice** for failure to prosecute, failure to obey a court order, and failure to state a claim for which relief may be granted. The clerk of court is **directed** to close this case.

*So ordered by the court on May 13, 2020.*

J. CAMPBELL BARKER
United States District Judge